**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| MICHELLE DAWN HOCKETT, | ) | |
| | ) | BK    12-30502 |
| Debtor. | ) | |
| | ) | |

**ORDER ON MOTION FOR CONTEMPT AND/OR SANCTIONS
FOR VIOLATION OF DECEMBER 20, 2012 ORDER**

This matter came before the Court for hearing on Debtor Michelle Hockett's Motion for Contempt and/or Sanctions for Violation of the December 20, 2012 Order against the Creditor, Nationstar Mortgage. The Court is informed that the parties have reached an agreement settling their dispute, and being so advised, the Court hereby Orders as follows:

(1)    This cause is dismissed and closed, except the Court retains jurisdiction for forty-five (45) days following the entry of this Order to enforce the agreement of the parties and its December 20, 2012 Order;

(2)    The Court indefinitely retains jurisdiction with respect to any future allegations of violation of the post-discharge injunction;

(3)    Debtor's Motion is denied as moot; and

(4)    Debtor's counsel shall serve a copy of this order by mail to all interested parties who were not served electronically.

Agreed to:

/s/ Rachel A. Hill                                  /s/ Brett Natarelli
Attorney for Debtor                            Attorney for Creditor Nationstar
Michelle Dawn Hockett                      Mortgage LLC


ENTERED: March 19, 2013

                                        /s/ Laura K. Grandy
                            UNITED STATES BANKRUPTCY JUDGE