**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| MICHELLE DAWN HOCKETT, | ) | |
| | ) | BK   12-30502 |
| Debtor. | ) | |

## MOTION TO REOPEN CASE

COMES NOW the Debtor, Michelle Dawn Hockett, by and through her attorneys, Law Offices of Mueller and Haller, L.L.C., and for her Motion to Reopen Case states as follows:

1. That on March 20, 2012, the Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

2. That on July 2, 2012, the Order Discharging Chapter 7 Debtor was entered by the Court.

3. That on July 16, 2012, the Order Closing Case was entered by the Court.

4. That the Debtor requests her case be reopened in order for Debtor's counsel to file a Second Motion for Contempt and/or Sanctions against Nationstar Mortgage for their failure to comply with the Order of Discharge entered in this case and to enforce said Order of Discharge duly entered in this case to prevent an abuse of process and to preclude the frustration of the orderly discharge of claims in this case.

5. That the Motion for Contempt and/or Sanctions has been filed contemporaneously with the filing of the instant motion.

WHEREFORE, the Debtor prays this Court to enter an Order reopening her Chapter 7 case and for such other relief as the Court deems just and proper.

MICHELLE DAWN HOCKETT,

By:  /s/ William A Mueller
William A. Mueller - #06187732
James J. Haller - #06226796
Rachel A. Hill - #51818
Attorneys for Debtor
5312 West Main Street
Belleville, Illinois  62226
(618) 236-7000

## NOTICE OF ELECTRONIC FILING AND
## CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| STATE OF ILLINOIS ) | BK | 12-30502 |
| ) SS | | |
| CITY OF BELLEVILLE ) | Chapter 7 | |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On February 10, 2014, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court a **Motion to Reopen Case**.

The Deponent served electronically the **Motion to Reopen Case** to the following parties:

US Trustee

Dana Frazier

and served by mail to the following parties:

| | | |
|---|---|---|
| Michelle Dawn Hockett<br>723 St. John<br>Greenville, IL 62246 | Anthony H. Barone, LLC Manager<br>Nationstar Mortgage<br>350 Highland Dr.<br>Lewisville, TX 75067 | Peter Smith, LLC Manager<br>Nationstar Mortgage<br>350 Highland Dr.<br>Lewisville, TX 75067 |
| Nationstar Mortgage<br>c/o IL Corp Service Co., Reg Agent<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 | Aurora Bank<br>PO Box 78111<br>Phoenix, AZ 85062 | Nationstar Mortgage<br>Kenneth VanNorwick<br>223 W. Jackson Blvd., Ste. 610<br>Chicago, IL 60606 |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger